# Third District Court of Appeal

## State of Florida

Opinion filed July 6, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-40 & 3D14-3119
Lower Tribunal No. 08-38518
_____

**CDS Holdings I, Inc., etc., et al.,**
Appellants/Cross-Appellees,

vs.

**Shutts & Bowen, L.L.P.,**
Appellee/Cross-Appellant.


Appeals from the Circuit Court for Miami-Dade County, Jerald Bagley, Judge.

Lopez & Best and Virginia M. Best; Dorta Law and Gonzalo R. Dorta; Law Offices of Anthony Accetta and Anthony Accetta, for appellants/cross-appellees.

Shook, Hardy & Bacon and Miranda Lundeen Soto; Coffey Burlington and Kendall B. Coffey and Jeffrey B. Crockett, for appellee/cross-appellant.

Before WELLS, SALTER, and FERNANDEZ, JJ.

SALTER, J.

Finding no abuse of discretion by the trial court regarding the rulings challenged by the appellants, we affirm the final judgment and denial of the post-

trial motions.  Fla. Dep't of Revenue v. Cummings, 930 So. 2d 604 (Fla. 2006); Roberts v. Tejada, 814 So. 2d 334 (Fla. 2002).

On the cross-appeal from the denial of attorney's fees based on the appellees' proposal for settlement, we also affirm.  Audiffred v. Arnold, 161 So. 3d 1274 (Fla. 2015).

Affirmed as to each of the consolidated appeals, case nos. 3D15-40 and 3D14-3119.